PER CURIAM: *

Defendant-appellant Humberto Garcia appeals his conviction for conspiracy to possess with intent to distribute in excess of one thousand kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, and aiding and abetting possession with intent to distribute in excess of one hundred kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2. Garcia contends that the district court's admission of tape recorded statements discussing his participation in the marijuana conspiracy violated his rights under the Sixth Amendment's Confrontation Clause. For the following reasons, we affirm his conviction.

1. We review the district court's evidentiary rulings for abuse of discretion, *United States v. Cheramie,* 51 F.3d 538, 540 (5th Cir.1995), and alleged violations of the Confrontation Clause *de novo, United States v. Delgado,* 401 F.3d 290, 299 (5th Cir. 2005).

2. Oscar Palacios's statements were properly admitted to provide context for the statements of other co-conspirators, as opposed to for the truth of matter asserted in the statements. And "because the Confrontation Clause does not bar the use of testimonial statements for purposes other than establishing the truth of the matter asserted," there was also no Sixth Amendment violation. *United States v. Acosta,* 475 F.3d 677, 683 (5th Cir.2007). Furthermore, because Palacios was available

to both parties to testify, there is not a Confrontation Clause problem.

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David Ray JIMENEZ–ZAVALA,**
**Defendant–Appellant.**

**No. 07–50966**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 5, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, David Ray Jimenez–Zavala raises

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* — U.S. —, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

## UNITED STATES of America, Plaintiff–Appellee

v.

## Walter Vinicio CORONADO–MAJANO, Defendant–Appellant.

### No. 07–50938
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 5, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: \*

Appealing the Judgment in a Criminal Case, Walter Vinicio Coronado–Majano raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* — U.S. —, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

## UNITED STATES of America, Plaintiff–Appellee

v.

## Johnny Gerardo CASTRO–PADILLA, also known as Carlos Gerardo Alvarado–Rivera, also known as Carlos Gerardo, also known as Alex Montenegro,

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.